## JOHNSON v. BARNARD. (No. 2367.)

Court of Civil Appeals of Texas. El Paso.
Oct. 10, 1929.

Clyde E. Thomas, of Big Spring, for appellant.

Saunders & Atchison, of Breckenridge, and Littler & Duncan, of Big Spring, for appellee.

PELPHREY, C. J. No briefs have been filed by appellant in this case. We have examined the record for fundamental error, and, finding none, the judgment is affirmed.